

**FILED**

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0102

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0102

**FILED**

MAY 2 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BRIAN D. SMITH,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

O R D E R

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on May 26, 2020, this Court has determined that the brief does not comply with the Rules.

M. R. App. P. 10(2) requires that all briefs in criminal cases appealed by the defendant shall be served on both the County Attorney and the Attorney General. The certificate of service on the Appellant's Opening Brief indicates that it was served only on the Attorney General, not on the Missoula County Attorney. The Court will accept Appellant's brief for filing after it has been served on the County Attorney. Therefore,

IT IS ORDERED that Appellant shall, within twenty days, serve a copy of Appellant's brief on the Missoula County Attorney and shall file with the Clerk of this Court an amended Certificate of Service indicating such service;

IT IS FURTHER ORDERED that the Clerk of this Court shall lodge Appellant's opening brief until it receives the amended Certificate of Service;

IT IS FURTHER ORDERED that if the Clerk of this Court does not receive an amended Certificate of Service within twenty days of the date of this Order, Appellant's opening brief shall be rejected.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant

and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 28 day of May, 2020.

For the Court,

By _____

Justice